# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARIS V. GARCIA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>BIMBO BAKERIES USA, INC., and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 571,<br><br>　　　　　　Defendants. | 8:20CV232<br><br>SHOW CAUSE ORDER |

　　　　Defendant Bimbo Bakeries USA, Inc. contacted the Court and advised that Plaintiff had failed to respond to its discovery requests. On March 1, 2021, the undersigned scheduled a telephone conference to discuss the matter. (Filing No. 95.) The conference was scheduled to occur on March 5, 2021. Plaintiff was directed to submit a position statement to the Court regarding the discovery dispute by March 3, 2021. Plaintiff failed to submit a position statement to the Court as ordered. Defendant likewise did not receive a position statement from Plaintiff.

　　　　The telephone conference was held regarding the discovery dispute as scheduled on March 5, 2021. Plaintiff did not appear for the hearing. During the conference, Defendant's counsel represented that the discovery requests had been served upon Plaintiff, but Plaintiff had not responded.

　　　　Based on the discussion during the telephone conference,

　　　　**IT IS ORDERED** that Plaintiff shall respond to the outstanding discovery requests by March 19, 2021. If Plaintiff fails to do so, Defendant shall file a Notice with the Court. **Plaintiff is advised that failure to comply with this Show Cause Order will result in a recommendation to Senior United States District Court Judge Joseph F. Bataillon that this action be dismissed.**

　　　　Dated this 5th day of March 5, 2021.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge